UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LARRY VASSAR,            )
                         )
        Plaintiff,       )
                         )
    v.                   )    No. 4:14CV430 JCH
                         )
TROY STEELE, et al.,     )
                         )
        Defendants.      )

## MEMORANDUM AND ORDER

This matter is before the Court upon the motion of Larry Vassar for extension of time to pay his initial partial filing fee and file his amended complaint. Plaintiff seeks an additional thirty (30) days from the date he is to be released from administrative segregation, on July 26, 2014, to comply with the Court's instructions. The Court will grant plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to pay his initial partial filing fee of $35.16 and file his amended complaint [Doc. #9] is **granted**.

**IT IS FURTHER ORDERED** no later than **August 26, 2014**, plaintiff shall pay his initial partial filing fee and submit to this Court an amended complaint on a court-provided form, in accordance with the instructions set forth in the Court's July 1, 2014 Memorandum and Order.

**IT IS FURTHER ORDERED** that upon submission of partial filing fee and the amended complaint, the Court shall again review this action pursuant to 28 U.S.C. § 1915.

Dated this 14th day of July, 2014.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE